United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1282

Michael J. Landy,                   *
                                    *

         Appellant,        *
                                    *

     v.                        *
                                    * Appeal from the United States

Lisa Colleen Mangogna; Thomas    * District Court for the
Mangogna; Barbara Mangogna;     * Eastern District of Missouri.
Father Quirk; Associated Catholic   *
Charities of the Archdiocese of St.   *   [UNPUBLISHED]
Louis; Associated Catholic Charities  *
of the Archdiocese of Washington,   *
D.C.,                               *
                                    *

         Appellees.        *

_____

Submitted: March 5, 1998
Filed: March 19, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

In this diversity action alleging fraud and conspiracy to commit fraud, Michael J. Landy appeals the district court's[1] orders dismissing without prejudice his second

_____

[1]The Honorable Edward L. Filippine, United States District Judge for the Eastern District of Missouri.

amended complaint, denying his Federal Rule of Civil Procedure 59(e) motion, and denying him leave to file a third amended complaint. After carefully reviewing the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in its memoranda and orders. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.